UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.C.F.,<br><br>     Petitioner,<br><br>  -against-<br><br>KENNETH GENALO, in his official capacity as Field Office Director of New York, Immigration and Customs Enforcement; PAUL ARTETA, in his official capacity as Sheriff of the Orange County Jail; TODD LYONS, in his official capacity as Acting Director U.S. Immigrations and Customs Enforcement; KRISTI NOEM in her official capacity as Secretary of Homeland Security; PAM BONDI, in her official capacity as Attorney General,<br><br>     Respondents. | **AMENDED ORDER TO ANSWER**<br>26-cv-2361 (ER) |

EDGARDO RAMOS, United States District Judge:

J.C.F. (the "Petitioner") has filed a petition for the writ of *habeas corpus* pursuant to 28 U.S.C. § 2241, 28 U.S.C. § 1331, and Article I, § 9, cl. 2 of the United States Constitution. The Court, having examined the Petition, hereby ORDERS that:

(1) Within **two business days of the date of this Order**, Respondents shall file a letter with the following information:

 a. whether Petitioner was, as the Petition alleges, *see* Doc. 1 ¶¶ 1, 28, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391–92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

 b. the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

 c. whether there is any basis to distinguish this case from *Liu v. Almodovar et al.*, 25-cv-9256 (S.D.N.Y. December 2, 2025);

    d.   why Petitioner is not a member of the nationwide certified bond eligible class in *Bautista v. Santacruz*, No. 25-cv-01873 (SSS) (BFM), 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025); *see also* Doc. 1 ¶ 33.

    e.   a copy of any final order of removal; and

    f.   any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

(2) Unless and until the Court orders otherwise, Respondents shall file an answer to the Petition within **three business days of the date of this Order**; and

(3) Unless and until the Court orders otherwise, Petitioner shall file any reply within **ten business days of the date of this Order**.

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, 25-cv-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Department of Homeland Security*, No. 25-cv-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

**Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.** *See, e.g.*, *Perez y Perez v. Noem*, No. 25-cv-4828 (DEH), 2025 WL 1908284, at *2–3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-cv-2205 (WJM) (STV), 2025 WL 2280357, at *14–16 (D. Colo.

2

Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-cv-7117 (BLF), 2025 WL 2677125, at *8–9,

*11 (N.D. Cal. Sept. 18, 2025) (same).

## CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's

Office for the Southern District of New York of this Order.

Respondents shall file an answer to the Petition within **three business days of the date

of this Order.**  Petitioner shall file any reply within **ten business days of the date of this

Order.**

The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the

address listed on the docket sheet for this action.

The Court also directs the Clerk of Court to mail Petitioner an information package.

SO ORDERED.

Dated:    March 24, 2026
          New York, New York

EDGARDO RAMOS
United States District Judge

3