**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
J.C.F.,

                          Petitioner,                   26 **CIVIL** 2361 (ER)

        -against-                               **JUDGMENT**

KENNETH GENALO, in his official capacity
as Field Office Director of New York,
Immigration and Customs Enforcement; PAUL
ARTETA, in his official capacity as Sheriff of
the Orange County Jail; TODD LYONS, in his
official capacity as Acting Director U.S.
Immigrations and Customs Enforcement;
KRISTI NOEM in her official capacity as
Secretary of Homeland Security; PAM
BONDI, in her official capacity as Attorney
General,

                         Respondent.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 25, 2026, the Court has GRANTED the Petition. The

Respondents are thereby ORDERED to immediately release Petitioner from custody.

**DATED:**  New York, New York
            March 26, 2026

                                    **TAMMI M. HELLWIG**
                                  _____
                                     **Clerk of Court**

                 **BY:**           *K. Mango*

                                     _____
                                     **Deputy Clerk**